

# NUMBER 13-12-00534-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

NIDIA TANYA QUISTIAN,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                     Appellee.

---

### On appeal from the 329th District Court
### of Wharton County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Nidia Tanya Quistian, filed a notice of appeal challenging her conviction for possession of a controlled substance with intent to deliver. By order signed November 1, 2012, the trial court granted appellant's motion for new trial.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). Because there is no conviction to

be appealed, we have no jurisdiction to consider this appeal. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.— Dallas 1996, no pet.).

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish. TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of February, 2013.